KINCAID ET AL., APPELLANTS, *v.* HOWARD, APPELLEE.

[Cite as Kincaid *v.* Howard (1986), 28 Ohio St. 3d 311.]

(No. 86-1476—Decided December 22, 1986.)

*Lindhorst & Dreidame, Leo J. Breslin* and *Mark A. MacDonald,* for
appellants.

*Kohnen & Kohnen, James A. Hunt* and *Ann Ruley Combs,* for appellee.

The judgment of the court of appeals in case No. C-850545, pursuant to appellants' Proposition of Law No. 1, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.